In the Matter of 320 WEST 37TH STREET, INC., Appellant, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.

Submitted November 13, 1939; decided November 28, 1939.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 132.)